UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 19-09316 AB (SKx) | Date: | January 15, 2020 |
|---|---|---|---|

| Title: | *Madeleine Marlene Menzoyan v. Wells Fargo Bank, N.A. et al* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER **DENYING** MOTION FOR REMAND

For the reasons stated in Defendant's Opposition, the Court has subject matter jurisdiction over this action. The Court therefore **SUMMARILY DENIES** Plaintiff's Motion for Remand. (Dkt. No. 9.) The January 17 hearing is vacated.

Plaintiff is hereby admonished for not filing a proposed Order with her motion, as required by Local Rule 7-20. Parties must also comply timely and in good faith with Local Rule 7-3; Plaintiff's compliance with Local Rule 7-3 relative to this motion was questionable. Future violations of any rule may result in sanctions, or in a motion being stricken or summarily denied.

**IT IS SO ORDERED**.