UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADELEINE MARLENE MENZOYAN, an individual,<br><br>       Plaintiff,<br><br>      v.<br><br>WELLS FARGO & COMPANY, a California corporation; and DOES 1 through 20, inclusive,<br><br>       Defendants. | Case No.  2:19-cv-09316-TJH-SK<br><br>**ORDER TO DISMISS ENTIRE CIVIL ACTION, WITH PREJUDICE [JS-6]** |

      IT IS ORDERED that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above captioned civil action is hereby dismissed in its entirety, with prejudice, with each party bearing its or her own attorneys' fees and costs.

      IT IS SO ORDERED.

Date:  July  2 , 2020

_____

Honorable Terry J. Hatter, Jr.
United States District Judge